Michael C. Ormsby
United States Attorney
Eastern District of Washington
James A. Goeke
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CV-13-223-LRS |
| vs. | ) |
| $16,956.00 U.S. CURRENCY, | ) Final Order of Forfeiture |
| Defendant. | ) |

Plaintiff, United States of America, alleged in a Verified Complaint for Forfeiture In Rem that the Defendant currency is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881. ECF No. 1. Two Praecipes were filed to correct typographical and pagination errors. ECF Nos. 5 and 7.

The Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 and 1355. Venue is proper pursuant to 28 U.S.C. § 1395.

The defendant property being forfeited is described as follows:

$16,956.00 U.S. Currency, seized by TVGTF/FBI from Gerardo Andrade-Echeverria, on or about May 16, 2013, pursuant to the execution of a search warrant.

On August 12, 2013, the United States Marshals Service executed the Warrant of Arrest In Rem. The returned warrant was filed with the Court under the above cause number on August 12, 2013. ECF No. 6.

Final Order of Forfeiture - 1
FoF $16,956.docx

Notice of Civil Forfeiture Action was posted on the official government website beginning August 13, through September 11, 2013, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by the Notice of Publication filed herein on October 24, 2013. ECF Nos. 15, 15-1 and 15-2.  At the latest, the claim period expired on October 12, 2013.

On or about August 13, 2013, Gerardo Andrade-Echeverria was served at his last known address, and in care of Attorney Matthew Rutt, via certified mail, return receipt requested, with a copy of the Verified Complaint for Forfeiture In Rem , the Praecipes to the Verified Complaint for Forfeiture In Rem, (ECF Nos. 5 and 7), the Warrant of Arrest In Rem, and the Notice of Complaint for Forfeiture.  ECF No. 9 and 9-1.  The file reflects that on or about September 3, 2013, the mailing sent to Mr. Andrade-Echeverria's last known address (831 S. 11th Street, Pasco, WA  99301-5111) was received by the U.S. Attorney's Office marked "Return to Sender", "Unable to Forward".  The file also reflects that on or about August 19, 2013, the mailing sent to Attorney Matthew L. Rutt was received by the U.S. Attorney's Office marked "No Such Number".  On or about August 19, 2013, the U.S. Attorney's office re-mailed the documents, via certified mail, return receipt requested, to Attorney Matthew L.  Rutt at the address listed in PACER in the related criminal matter. The file reflects that on or about August 23, 2013, this mailing was received by the U.S. Attorney's Office marked "Not Deliverable As Addressed" and "Unable to Forward". On or about August 23, 2013, FSA Paralegal Contractor, Darcy Markham, contacted Attorney Matthew L. Rutt via telephone and was advised by Mr. Rutt that he had moved his office 6 months ago.  Ms. Markham asked if she could email the documents to Mr. Rutt and he said "yes."  The file reflects that on or about August 23, 2013, Ms. Markham emailed the Verified Complaint for Forfeiture In Rem , the Praecipes to the Verified Complaint for Forfeiture In Rem, (ECF Nos. 5 and 7), the Warrant of Arrest In Rem, and the Notice of Complaint for Forfeiture to Mr. Rutt. To

Final Order of Forfeiture -  2
FoF $16,956.docx

date, no claim of interest has been received or filed with the Court from Gerardo Andrade-Echeverria. On September 30, 2013, the United States served and filed its Notice of Motion for Default. ECF No. 13. On October 24, 2013, the United States filed a Motion for Default. ECF No. 16. On October 25, 2013, the Clerk entered a default order as to Gerardo Andrade-Echeverria. ECF No. 20.

On or about August 13, 2013, Alma Delia Andrade-Echeverria was served at her last known address, via certified mail, return receipt requested, with a copy of the Verified Complaint for Forfeiture In Rem , the Praecipes to the Verified Complaint for Forfeiture In Rem, (ECF Nos. 5 and 7), the Warrant of Arrest In Rem, and the Notice of Complaint for Forfeiture. ECF No. 8 and 8 1. The file reflects that on or about September 3, 2013, the mailing sent to Ms. Andrade-Echeverria's last known address (831 S. 11th Street, Pasco, WA 99301-5111) was received by the U.S. Attorney's Office marked "Return to Sender", "Unable to Forward". On or about September 26, 2013, Jerome Brown, Senior Inspector with the U.S. Marshals Service, searched LexisNexis and Washington State Department of Licensing (DOL) records for addresses for Alma Delia Andrade-Echeverria. The 831 S. 11th Street, Pasco, Washington, is her last known address in LexisNexis and no addresses were found in DOL records. On September 30, 2013, the United States served and filed its Notice of Motion for Default. ECF No. 12. On October 24, 2013, the United States filed a Motion for Default. ECF No. 17. On October 25, 2013, the Clerk entered a default order as to Alma Delia Andrade-Echeverria. ECF No. 19.

On or about August 13, 2013, Ramon Varaja was served at his last known address, via certified mail, return receipt requested, with a copy of the Verified Complaint for Forfeiture In Rem , the Praecipes to the Verified Complaint for Forfeiture In Rem, (ECF Nos. 5 and 7), the Warrant of Arrest In Rem, and the Notice of Complaint for Forfeiture. ECF No. 10 and 10-1. The file reflects that on or about September 3, 2013, the mailing sent to Mr. Varaja's last known address (831 S. 11th Street, Pasco, WA 99301-5111) was received by the U.S. Attorney's Office marked

"Return to Sender", "Unable to Forward".  On or about September 26, 2013, Jerome Brown, Senior Inspector with the U.S. Marshals Service, searched LexisNexis and Washington State Department of Licensing (DOL) records for addresses for Ramon Varaja. The 831 S. 11th Street, Pasco, Washington, is his last known address in LexisNexis and no addresses were found in DOL records.  On September 30, 2013, the United States served and filed its Notice of Motion for Default.  ECF No. 14.  On October 24, 2013, the United States filed a Motion for Default.  ECF No. 18.  On October 25, 2013, the Clerk entered a default order as to Ramon Varaja.  ECF No. 21.

It appearing to the Court that any and all potential claimant's interest in the defendant property has been resolved through the entry of the Clerk's Orders of Default as to Gerardo Andrade-Echeverria, Alma Delia Andrade-Echeverria, and Ramon Varaja;

It also appearing to the Court that no other timely claims have been made to the defendant property;

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the defendant property is hereby forfeited to the United States of America, and no right, title, or interest shall exist in any other person.

IT IS FURTHER ORDERED that the United States shall dispose of the forfeited defendant property in accordance with law.

DATED this 16th day of December, 2013.

*s/Lonny R. Suko*

_____
Lonny R. Suko
Senior United States District Judge

Presented by:

Michael C. Ormsby
United States Attorney

s/James A. Goeke

James A. Goeke
Assistant United States Attorney

Final Order of Forfeiture - 4
FoF $16,956.docx